1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  MEGAN HOPKINS, #294141
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  (916) 498-5700 Fax (916) 498-5710

5
   Attorney for Defendant
6  RICHARD LEE

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,        )   Case No.  2:25-po-00168-AC
                                     )
11              Plaintiff,           )   REQUEST FOR RULE 43(b)(2) WAIVER OF
                                     )   PERSONAL APPEARANCE OR PERMISSION
12  vs.                              )   TO APPEAR TELEPHONICALLY
                                     )   [PROPOSED] ORDER
13  RICHARD LEE,                     )
                                     )
14              Defendant.           )
                                     )
15                                   )
    _____ )
16
           Pursuant to Rule 43(b)(2) of the Federal Rules of Criminal Procedure, defendant,
17
    RICHARD LEE, hereby requests that the court permit him to appear telephonically for
18
    arraignment, plea, trial, and or sentencing, or in the alternative to proceed with these hearings in
19
    his absence, with counsel present to represent his interests.
20
           The defendant presently resides in his recreational vehicle, which is not presently
21
    operational and is stationed in Boise, Idaho. The defendant suffers from multiple medical
22
    conditions the prevent him from travelling, and does not have the financial means to travel to
23
    Sacramento for his initial appearance, or other proceedings, at this time. The defendant therefore
24
    requests to appear remotely or for the Court to permit proceedings in his absence, pursuant to
25
    Federal Rule of Criminal Procedure 43(b)(2).
26
           The defendant does not have access to the internet and is not currently mobile, and is
27
    therefore unable to appear by video teleconference. In lieu of a video appearance, he requests
28
    that the Court permit him to appear by telephone or proceed in his absence. In the event that the

Court permits proceedings in his absence, defendant agrees that his interests will be represented

at all times by the presence of his attorney, the same as if the defendant were personally present.

The defendant has provided written consent for this request to his counsel via email

which the Federal Defenders Office will retain in his file, and has confirmed such consent

verbally by telephone on the date of this filing.


 Dated: August 11, 2025


/s/ Richard Lee

_____

RICHARD LEE
(Defendant)


Dated:  August 11, 2025

/s/ Megan T. Hopkins

_____

MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant


IT IS SO ORDERED. The Defendant may appear telephonically for all proceedings in
this case until further order from the Court. In the event that a telephonic appearance is not
available, the Court will proceed in defendant's absence, with his attorney appearing on his
behalf.

Dated: August 11, 2025

_____

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Request for Rule 43 Request for Remote Appearance

2