1 | HEATHER E. WILLIAMS, Bar #122664
Federal Defender
2 | MEGAN HOPKINS, #294141
Assistant Federal Defender
3 | 801 I Street, 3rd Floor
Sacramento, CA 95814
4 | (916) 498-5700 Fax (916) 498-5710

Attorney for Defendant
RICHARD LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:25-po-00168-AC |
|---|---|---|
| Plaintiff, | ) | REQUEST FOR RULE 43(b)(2) WAIVER OF PERSONAL APPEARANCE OR PERMISSION TO APPEAR TELEPHONICALLY |
| vs. | ) | |
| RICHARD LEE, | ) | [~~PROPOSED~~] ORDER |
| Defendant. | ) | |

Pursuant to Rule 43(b)(2) of the Federal Rules of Criminal Procedure, defendant, RICHARD LEE, hereby requests that the court permit him to appear telephonically for arraignment, plea, trial, and or sentencing, or in the alternative to proceed with these hearings in his absence, with counsel present to represent his interests.

The defendant presently resides in his recreational vehicle, which is not presently operational and is stationed in Boise, Idaho. The defendant suffers from multiple medical conditions the prevent him from travelling, and does not have the financial means to travel to Sacramento for his initial appearance, or other proceedings, at this time. The defendant therefore requests to appear remotely or for the Court to permit proceedings in his absence, pursuant to Federal Rule of Criminal Procedure 43(b)(2).

The defendant does not have access to the internet and is not currently mobile, and is therefore unable to appear by video teleconference. In lieu of a video appearance, he requests that the Court permit him to appear by telephone or proceed in his absence. In the event that the

Court permits proceedings in his absence, defendant agrees that his interests will be represented at all times by the presence of his attorney, the same as if the defendant were personally present.

The defendant has provided written consent for this request to his counsel via email which the Federal Defenders Office will retain in his file, and has confirmed such consent verbally by telephone on the date of this filing.

Dated: August 11, 2025

/s/ Richard Lee

RICHARD LEE
(Defendant)

Dated: August 11, 2025

/s/ Megan T. Hopkins

MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant

IT IS SO ORDERED. The Defendant may appear telephonically for all proceedings in this case until further order from the Court. In the event that a telephonic appearance is not available, the Court will proceed in defendant's absence, with his attorney appearing on his behalf.

Dated: August 11, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE