HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MEGAN HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
(916) 498-5700 Fax (916) 498-5710

Attorney for Defendant
RICHARD LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  2:25-po-00168-AC |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE; [PROPOSED] ORDER |
| vs. ) | |
| ) | |
| RICHARD LEE, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their

respective counsel, U.S. Attorney Eric Grant, through Assistant United States Attorney Zulkar

Khan, attorney for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal

Defender Megan T. Hopkins, attorney for defendant Richard Lee, that the previously-scheduled

status conference hearing date of October 6, 2025, be continued to **October 20, 2025**, at 9:00

a.m. or such time thereafter as the Court is available.

The defendant is currently unhoused and residing out of state. He does not have access to

the internet and is not currently mobile, and is therefore unable to appear by video

teleconference. His request is that counsel appear on his behalf in his absence for the status

conference. Defense counsel is in the process of obtaining medical records to provide to the

Court and opposing counsel to demonstrate that Mr. Lee is unable to travel in order to appear in

person in Sacramento at this time.

Defense counsel represents that she has learned through Mr. Lee's other advocate, Mr.

1  Robert G. Cummings[1], that Mr. Lee is presently hospitalized at St. Marks Hospital in Salt Lake

2  City Utah, having been the victim of an assault and suffered serious injuries. Mr. Cummings

3  further advised that Mr. Lee was in a coma for more than 24 hours, and is now awake and in

4  communication with him, and is being transferred to Sandy Rehabilitation Center, located at 50

5  East 9000 South, Sandy, UT 84070 on October 2, 2025.

6       Defense counsel is in the process of obtaining a release of medical information in order to

7  document the most recent medical issues, as well as Mr. Lee's history of cancer and terminal

8  diagnosis. The requested continuance to October 20, 2025 will provide defense counsel with the

9  additional time needed to obtain these records. Additionally, it will afford Mr. Lee an

10 opportunity to speak with defense counsel after he recovers, and in advance of the status

11 conference. The government does not oppose the continuance and so stipulates.

13                    Respectfully submitted,

14 Dated:  October 1, 2025                    HEATHER E. WILLIAMS
15                                            Federal Defender

16                                            */s/ Megan T. Hopkins*
17                                            MEGAN T. HOPKINS
                                             Assistant Federal Defender
                                             Attorney for Defendant
18                                            RICHARD LEE

20 Dated: October 1, 2025                     ERIC GRANT
                                             United States Attorney

21                                            */s/Zulkar Khan*
22                                            ZULKAR KHAN
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff

---

[1] Mr. Cummings has advised that he is an attorney who represents Mr. Lee in a civil matter.

1

ORDER

2

    IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

3

stipulation, and good cause appearing therefore, adopts the parties' stipulation as its Order.  The

4

status conference previously set for October 6, 2025 is hereby continued to October 20, 2025 at

5

9:00 a.m.

6

7

Dated: October 3, 2025

8

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28