HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MEGAN HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
(916) 498-5700 Fax (916) 498-5710

Attorney for Defendant
RICHARD LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:25-po-00168-AC |
| Plaintiff, | ) |
| vs. | ) STIPULATION TO CONTINUE STATUS CONFERENCE AND TRIAL DATE; |
| | ) [PROPOSED] ORDER |
| RICHARD LEE, | ) |
| Defendant. | ) |
| | ) |

  IT IS HEREBY STIPULATED by and between the parties hereto through their

respective counsel, U.S. Attorney Eric Grant, through Assistant United States Attorney Zulkar

Khan, attorney for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal

Defender Megan T. Hopkins, attorney for defendant Richard Lee, that the previously-scheduled

trial date of January 12, 2026, be continued to **April 13, 2026**, at 9:00 a.m. or such time

thereafter as the Court is available. It is further requested that the trial confirmation hearing set

for December 15, 2025, at 9:00 a.m. be continued to **March 9, 2026, at 9:00 a.m.**

  The defendant is currently unhoused and residing out of state. He does not have access to

the internet and is not currently mobile, and is therefore unable to appear by video

teleconference. His request at this time, consistent with the Court's prior order, is that counsel

appear on his behalf in his absence for the trial confirmation hearing, and likely also for trial.

Defense counsel is in the process of obtaining medical records to aid the parties in plea

negotiations, in the event that an agreement can be reached in order to alleviate the need to

1    conduct a trial in absentia.

2            Defense counsel represents that Mr. Lee is residing in temporary housing provided by the

3    local government in Twin Falls. Idaho, where he does not have access to the internet or a phone

4    in the room. He was recently released from an extended period of hospitalization, where he was

5    diagnosed with a perforated and fractured skull, blindness as a result of the skull injury

6    protruding into his eye socket, and brain trauma, all stemming from an assault by an unknown

7    individual. Defense counsel is in contact with a social worker assigned to Mr. Lee at the hospital,

8    who is assisting with obtaining the required releases in order to provide counsel with Mr. Lee's

9    medical records.

10            Defense counsel is therefore still in the process of obtaining the relevant medical

11    information in order to document the most recent medical issues, as well as Mr. Lee's history of

12    cancer and terminal diagnosis. The requested continuance will provide defense counsel with the

13    additional time needed to obtain these records and to prepare for trial. The government does not

14    oppose the continuance and so stipulates.

15

16                                    Respectfully submitted,

17    Dated:  December 11, 2025          HEATHER E. WILLIAMS
18                                       Federal Defender

19                                       */s/ Megan T. Hopkins*
                                         MEGAN T. HOPKINS
20                                       Assistant Federal Defender
                                         Attorney for Defendant
21                                       RICHARD LEE

22    Dated: December 11, 2025           ERIC GRANT
23                                       United States Attorney

24                                       */s/ Zulkar Khan*
                                         ZULKAR KHAN
25                                       Assistant U.S. Attorney
                                         Attorney for Plaintiff

26

27

28

Stipulation and Proposed Order to Continue Trial Date

1                                      ORDER

2          IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

3    stipulation, and good cause appearing therefore, adopts the parties' stipulation as its Order.  The

4    trial previously set for January 12, 2026, is hereby continued to April 13, 2026, at 9:00 a.m. The

5    status conference previously set for December 15, 2025, is hereby continued to March 9, 2026, at

6    9:00 a.m.

7

8    Dated: December 11, 2025                    _____
                                                 ALLISON CLAIRE
9                                                UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Proposed Order to Continue Trial Date