ERIC GRANT
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:25-PO-00168-AC |
| | ) | |
| Plaintiff, | ) | ORDER ON THE UNITED STATES'S MOTION |
| | ) | TO RESET COLLATERAL ON VIOLATION |
| v. | ) | F5512861, DISMISS VIOLATION |
| | ) | F5512860; AND VACATE TRIAL DATE |
| RICHARD LEE, | ) | |
| | ) | DATE:  April 13, 2026 |
| Defendant. | ) | TIME:  9:00 a.m. |
| | ) | JUDGE: Hon. Allison Claire |
| | ) | |
| | ) | |

It is hereby Ordered that the plaintiff United States of America's Motion to Reset Collateral on Violation Number F5512861, Dismiss Violation Number F5512860 and Vacate Trial Date is GRANTED. Defendant RICHARD LEE shall be permitted to forfeit collateral on violation number F5512861 in the amount of $70.00, plus a processing fee of $30.00 for a total of $100.00 and violation number F5512860 shall be dismissed.

///

///

///

///

It is further Ordered that the bench trial scheduled for April 13, 2026, and the status hearing scheduled for April 23, 2026, shall be VACATED.

IT IS SO ORDERED.

Dated:  March 12, 2026.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE