IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.

RICHARD LEE,

        Defendant.

)
)
)
)
)
)
)
)
)
)

Case №: 2:25-po-00168-AC

**O R D E R**
**WITHDRAWING THE FEDERAL**
**DEFENDER**
**AND APPOINTING CJA COUNSEL**

Upon the Federal Defender's Motion and good cause appearing, IT IS HEREBY ORDERED granting the Federal Defender's *Motion to Withdraw* and appointing Megan Hopkins as CJA counsel effective April 6, 2026.

DATED: April 13, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

*US v. Lee*              1        Order Withdrawing the Federal
Defender and Appointing CJA Counsel